# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT ALAN BALTAZAR,<br><br>  Defendant. | Case No. 20CR0109-H<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S REQUEST FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A) |

Pending before the Court is Defendant Robert Alan Baltazar's ("Defendant") request for compassionate release under Title 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 48.) Title 18 U.S.C. § 3582(c)(1) permits a court to modify a defendant's term of imprisonment "upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]"

There is no evidence in the record indicating that the Defendant submitted his request for compassionate release to the Bureau of Prisons. Therefore, the Defendant

-1-

has not demonstrated that he has exhausted his administrative remedies as required by statute. Accordingly, the Court DENIES WITHOUT PREJUDICE the Defendant's request for compassionate release under § 3582(c)(1)(A). United States v. Keller, 2 F.4th 1278, 1282 (9th Cir. 2021) ("Joining the unanimous consensus of our sister circuits, we hold that § 3582(c)(1)(A)'s administrative exhaustion requirement imposes a mandatory claim-processing rule that must be enforced when properly invoked."); See also United States v. Holden, 452 F. Supp. 3d 964, 969 (D. Or. 2020) (Brown, J.) ("A defendant seeking a reduction in his terms of imprisonment bears the burden to establish… that he has satisfied the procedural prerequisites for judicial review[.]"); United States v. Hutchinson, No. 2:12-CR-079, 2020 WL 6271209, at *2 (S.D. Ohio Oct. 26, 2020) (Marbley, C.J.) ("[E]nforc[ing] the mandatory-claim processing rule *sua sponte*" and denying without prejudice a defendant's motion for compassionate release for failure to exhaust his administrative remedies).

The Clerk is directed to send a copy of this order to the Defendant.

IT IS SO ORDERED.

DATED: October 27, 2021

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE